# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES – CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 23-CR-156(4) (SRN/SGE) |
| | Date: Thursday, May 29, 2025 |
| | Court Reporter: Erin Drost |
| MICHAEL ALLEN BURRELL, | Courthouse: Saint Paul |
| (a/k/a SKITZ), | Courtroom: 7B |
| | Time Commenced: 9:30 a.m. |
| | Time Concluded: 10:15 a.m. |
| Defendant. | Time in Court: Forty-Five Minutes |

Before The Hon. Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
   For Plaintiff:   Kristian Weir, USAO
   For Defendant:   Steven Wolter, CJA

**PROCEEDINGS**:
   X **Sentencing**

**IT IS ORDERED**:
   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| TWO (2) INDICTMENT | | X | 300 MONTHS | | FIVE (5) YEARS | | |

X **See J&C for Special Conditions**.

X **Defendant sentenced to pay**:
   X Special Assessment in the amount of $100.00 to the Crime Victims Fund.

X **Defendant is remanded to the custody of the United States Marshal**.

X **Sealed Matters**:   All matters remain sealed indefinitely.

Dated:   Thursday, May 29, 2025

*s/Lynn L. Magee*
Courtroom Deputy to
The Hon. Susan Richard Nelson